```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                  JUN 30 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN WEBSTER ALSTON,               ) | NO. EDCV 07-01200 VAP (SS) |
|                    Plaintiff,        ) | **ORDER ADOPTING FINDINGS,** |
|                                      ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
|         v.                           ) | **UNITED STATES MAGISTRATE JUDGE** |
|                                      ) | |
| RIVERSIDE COUNTY SHERIFF'S           ) | |
| DEPARTMENT, et al.,                  ) | |
|                                      ) | |
|                    Defendants.       ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//
//

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Plaintiff.

3

4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: June 26, 2008

                                              *Virginia A. Phillips*
                                      VIRGINIA A. PHILLIPS
                                      UNITED STATES DISTRICT JUDGE