UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN WEBSTER ALSTON, | ) | NO. EDCV 07-01200 VAP (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 24 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE